**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Kamla Mace | : | |
|                Debtor | : | Bankruptcy No.  19-10102 ELF |

# ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS **ORDERED** THAT:

1. The Application is **GRANTED**; and

2. Compensation for professional services rendered, in the amount of $4,000.00  is **ALLOWED**, and the Standing Trustee shall disburse $3,650.00 in compenation plus $12.00 in costs to counsel for Debtor

Dated:   7/5/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**