Certificate Number: 15111-PAE-DE-036449069

Bankruptcy Case Number: 19-10102



15111-PAE-DE-036449069

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 4, 2022, at 1:38 o'clock PM EDT, Kamla Mace completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 4, 2022            By:   /s/Hasan Bilal for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education